# THE PACKARD LAW FIRM

1100 NW Loop 410, Suite 104, San Antonio, TX  78213
Phone: (210) 340-8877     Fax: (210) 951-9020

Daniel W. Packard*                                                                                            Michael J. Packard
*Board Certified –Personal Injury Trial Law*
*Texas Board of Legal Specialization*

August 23, 2019

U.S. District Judge Jason Pulliam
655 E. Cesar E. Chavez Blvd.
San Antonio, Texas 78206

      RE:    Civil Action No. SA:19-cv-00755-JKP; *Donald Hilton Jr. v. Nicole Prause and Liberos LLC*

TO THE HONORABLE JUDGE JASON PULLIAM,

As per the Court's Order (Doc. 3), Plaintiff now files his proposed Scheduling Order. Plaintiff has conferred with defense counsel and notes that Defendants do not agree to any kind of scheduling order at this time. Defendants have asked Plaintiff to note that they cannot agree to a scheduling order because they believe that discovery should be stayed pending a ruling on Defendants' Motion to Dismiss and any potential subsequent appeal.

The attached Scheduling Order is submitted by Plaintiff only.

Regards,

*[signature: Dan Packard]*

Daniel W. Packard
DWP/tt
Enclosures

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD L. HILTON JR | § | |
| VS. | § | NO:   SA: 19-CV-00755-OLG |
| NICOLE PRAUSE and LIBEROS LLC | § | |

**PLAINTIFF'S PROPOSED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution in compliance with Rule CV-88 shall be filed by **May 4, 2020**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by February 4, 2020, and each opposing party shall respond, in writing, by February 25, 2020.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by December 13, 2019.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by January 24, 2020. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by February 24, 2020. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 15 days of receipt of the written report of the expert's proposed testimony, or not later than 15 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **May 15, 2020.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions as defined in Rule CV-7(c) shall be filed no later than June 14, 2020.

8. This case is set for trial [docket call, or jury selection] on **November 9, 2020**The parties should consult Rule CV-16 regarding matters to be filed in advance of trial.

SIGNED this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE