IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD L. HILTON JR. | § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 5:19-CV-00755-OLG |
| NICOLE PRAUSE AND LIBEROS LLC | § § | |
| Defendants. | § | |

## ORDER RESETTING HEARING

On this day, came to be heard Defendants Nicole Prause and Liberos, LLC's unopposed motion for an alternate hearing date on Defendants' Opposed Motion to Stay Case and Opposed Motion to Extend Time for Additional Briefing on Anti-SLAPP defenses, which have been set for hearing before Hon. Henry J. Bemporad on September 13, 2019 (Doc. No. 22). Having considered the Motion, the Court finds that it is well taken and should be GRANTED. It is therefore

ORDERED that the hearing currently set for September 13, 2019 at 2:30pm shall be reset, and instead will be scheduled for hearing on _September 20_ , 2019 at _2:30_ A.M/P.M in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas 78206.

Signed this _28th_ day of _August_ , 2019.

HON. HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE