UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD L. HITLON, JR. | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-19-CA-755-JKP (HJB) |
| NICOLE PRAUSE and LIBEROS, LLC, | § § § | |
| Defendants. | § | |

**AMENDED ORDER**

It is hereby **ORDERED** that this case is set for a Status Conference on **December 11, 2019**, at **3:30 P.M.** in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. César E. Chávez Boulevard, San Antonio, Texas, 78206.

**I.    Telephonic Appearance(s).**

The Court notes that the counsel for the Defendants is not local. With consent of the opposing party, defense counsel may appear at the Status Conference by telephone. If defense counsel wishes to appear at the Status Conference by telephone, she must file an Unopposed Motion for Leave to Appear Telephonically on or before **December 9, 2019**.[1]

**SIGNED** on November 19, 2019.

Henry J. Bemporad
United States Magistrate Judge

---

[1] This Order has been amended only with a revised deadline to file an Unopposed Motion for Leave to Appear Telephonically. The date in the Court's previous Order was a Sunday.