UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD L. HILTON JR | § | |
| VS. | § | NO: SA: 19-CV-00755-OLG |
| NICOLE PRAUSE and LIBEROS LLC | § | |

**ORDER RESETTING HEARING**

On this day, came to be heard Plaintiff's Unopposed Motion for an Alternate Hearing Date on Defendants' Motion for Protective Order, which has been set for hearing before Hon. Henry J. Bemporad on February 5, 2020. Having considered the Motion, the Court finds that it is well taken and should be GRANTED.

It is therefore ORDERED that the hearing currently scheduled for February 5, 2020 shall be reset and scheduled for hearing on March 5, 2020 at 10:30 A.M./P.M. in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas 78206.

SIGNED this 23rd day of January, 2020.

HON. HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE