UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD L. HILTON, JR., | § | |
|    Plaintiff, | § | |
| | § | Civil Action No. |
| v. | § | 5:19-CV-000755-JKP-HJB |
| | § | |
| NICOLE PRAUSE and LIBEROS, LLC | § | |
|    Defendants. | § | |

**JOINT STATUS REPORT**

Plaintiff Donald Hilton, Jr. and Defendants Nicole Prause and Liberos LLC submit this Joint Status Report and state:

On August 25, 2020, the Court ordered the parties to submit a status report of the bankruptcy proceedings in the above referenced case. The parties are pleased to report that they recently mediated the case pursuant to the Bankruptcy Court's instructions, and as of today (February 25, 2021), the parties executed a mediation settlement agreement which will dispose of this case as well as the adversary proceeding in the Bankruptcy Court. The parties will work diligently to finalize the closing documents and submit a joint motion to dismiss with prejudice when all closing documents are executed.

Respectfully submitted,

THE PACKARD LAW FIRM,

By: _____
Daniel W. Packard
State Bar No. 00791392
Email: dan@packardfirm.com
1100 NW Loop 410, Suite 104
San Antonio, Texas 78213
Telephone Number: (210) 340-8877
Fax Number: (210) 340-8787

**Attorneys for Plaintiff**

By: _____
Nichol L. Bunn (Lead Counsel)
Texas Bar No. 00790394
Nichol.Bunn@lewisbrisbois.com
Amber R. Pickett
Texas Bar No. 24058046
Amber.Pickett@lewisbrisbois.com
LEWIS, BRISBOIS, BISGAARD, & SMITH, LLP
2100 Ross, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7100
Facsimile: (214) 722-7111

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been forwarded, in accordance with the Federal Rules of Civil Procedure on the 25th day of February, 2021 to:

**Via ECF/E-Filing**
Daniel Packard
1100 NW Loop 410, Suite 104
San Antonio, Texas 78216
Email: dan@packardfirm.com

*/s/ Amber R. Pickett*_____
Nichol L. Bunn/Amber R. Pickett