UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD L. HILTON, JR. | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-19-CA-755-JKP |
| NICOLE PRAUSE and LIBEROS, LLC, | § § § | |
| Defendants. | § | |

**ORDER**

In light of the parties' Joint Status Report (Docket Entry 60), wherein the parties advise the Court that this case settled during mediation, it is hereby **ORDERED t**hat the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on February 26, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge