UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD L. HILTON, JR., § | | |
| *Plaintiff*, § | | |
| § | Civil Action No. | |
| v. § | 5:19-CV-000755-JKP-HJB | |
| § | | |
| NICOLE PRAUSE and LIBEROS, LLC § | | |
| *Defendants*. § | | |

## JOINT MOTION FOR ENTRY OF DISMISSAL ORDER WITH PREJUDICE

Plaintiff Donald Hilton, Jr. and Defendants Nicole Prause and Liberos LLC file this Motion for Entry of Dismissal Order with Prejudice and state:

Pursuant to the Court's August 25, 2020 Order, on February 25, 2021, the parties submitted a joint status report which advised the Court they mediated this suit and the adversary proceeding in the California Bankruptcy Court and had executed a mediation settlement agreement. Since that time, the parties have finalized their closing documents and therefore seek entry of the Order of Dismissal with Prejudice which is attached hereto and being filed contemporaneously with this Motion.

    Respectfully submitted,

    THE PACKARD LAW FIRM,

By: _____
    Daniel W. Packard
    State Bar No. 00791392
    Email: dan@packardfirm.com
    1100 NW Loop 410, Suite 104
    San Antonio, Texas 78213
    Telephone Number: (210) 340-8877
    Fax Number: (210) 340-8787

**Attorneys for Plaintiff**

By: _____
      Nichol L. Bunn (Lead Counsel)
      Texas Bar No. 00790394
      Nichol.Bunn@lewisbrisbois.com
      Amber R. Pickett
      Texas Bar No. 24058046
      Amber.Pickett@lewisbrisbois.com
      Lewis, Brisbois, Bisgaard, & Smith, LLP
      2100 Ross, Suite 2000
      Dallas, Texas 75201
      Telephone: (214) 722-7100
      Facsimile: (214) 722-7111

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been forwarded, in accordance with the Federal Rules of Civil Procedure on the 22nd day of March, 2021 to:

**Via ECF/E-Filing**
Daniel Packard
1100 NW Loop 410, Suite 104
San Antonio, Texas 78216
Email: dan@packardfirm.com

            */s/ Amber R. Pickett*_____
            Nichol L. Bunn/Amber R. Pickett